20260514115950

AO 440 (Rev. 06/12) Summons in a Civil Action         **RETURN OF SERVICE**

SERVICE OF:         **SUMMONS AND COMPLAINT, CERTIFICATIONS, CIVIL COVER SHEET, EXHIBITS**
EFFECTED (1) BY ME:  **JANE NUNN**
TITLE:              **PROCESS SERVER**

DATE: **5/14/2026 12:57:17 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[  ] Served personally upon the defendant

SUBARU OF AMERICA, INC., C/O C T CORPORATION SYSTEM

Place where served:

820 BEAR TAVERN ROAD   WEST TRENTON  NJ  08628

[  X]  Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SCOTT KUNTZ

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX:M___  AGE:36-50_  HEIGHT: 5'9"-6'0"_____   WEIGHT: 161-200 LBS.____   SKIN:WHITE_____   HAIR:BROWN___  OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____              SERVICES $_____.____              TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

14th day of May, 2026

Notary Signature_____

Rosemary Ramos               September 25th, 2028
Name of Notary               My Commission Expires

I, JANE NUNN,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

M. Jane Nunn
_____
Signature of Process Server

05/14/2026
Date

ATTORNEY:    BRUCE D. GREENBERG, ESQ.
PLAINTIFF:   CHRISTINA TAYLOR, ET AL.
DEFENDANT:   SUBARU OF AMERICA, INC., A NEW JERSEY CORPORATION, ET AL
VENUE:       DISTRICT
DOCKET:      1 26 CV 04935 KMW EAP
COMMENT: