**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTINA TAYLOR, STUART SELIS, BETH CUSIMANO, and KARL GREISSINGER, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation, and SUBARU CORPORATION, a Japanese Corporation,<br><br>*Defendants*. | : Civil Action No.: 1:26-cv-04935(KMW)(EAP)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**REQUEST BY LOCAL COUNSEL FOR**
**PRO HAC VICE ATTORNEY**
**TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hac vice in the within matter has been entered; and
2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg

**PRO HAC VICE ATTORNEY INFORMATION**:

Name:        Adam E. Polk, Esq.

Address:     Girard Sharp LLP
             601 California Street, Suite 1400
             San Francisco, CA 94108

Email:       apolk@girardsharp.com

Phone:       415-544-6280

Admitted on behalf of:        Plaintiffs